# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 06-421-02-CR-W-DW |
| VINCENT V. GALLEGOS, ) | |
| Defendant. ) | |

**ORDER**

    Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation recommending that the Court find Defendant Gallegos incompetent and commit him to the custody of the Attorney General. Defendant did not file Objections to the Report and Recommendation.

    After an independent review of the record, applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order. The Court orders that Defendant Gallegos is incompetent. He is to be committed to the custody of the Attorney General. The Attorney General shall hospitalize the Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a suitable probability that in the foreseeable future Defendant Gallegos will attain the capacity to permit the trial to proceed.

    IT IS SO ORDERED.

Date: August 28, 2007                                                    /s/ Dean Whipple
                                                                                 Dean Whipple
                                                                       United States District Judge